CGFD34 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 21−15879−PDR

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Shlomi Asayag
4924 SW 34 Terrace
Fort Lauderdale, FL 33312

SSN: xxx−xx−5000

## NOTICE OF CHAPTER 7 CASE CLOSED

## WITHOUT DISCHARGE

The trustee Marc P Barmat, having filed a final report that the estate has been fully administered, is discharged.

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, "Certification About a Financial Management Course".

Under Local Rule 5010−1(G), if the debtor subsequently completes the financial management course requirement, the debtor may request entry of a discharge by filing a motion to reopen the case accompanied by the required reopening filing fee and by the Official Bankruptcy Form "Certification About a Financial Management Course".

**Dated: 2/7/22**

**CLERK OF COURT**
By: Melva Weldon
Deputy Clerk

The clerk shall serve a copy of this order on all parties of record.